Russell Ellwood
#413920, Cypress 4
Louisiana State Penitentiary
Angola, LA 70712
March 31, 2009

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED APR - 2 2009

LORETTA G. WHYTE
Clerk

Loretta G. Whyte, Clerk
C151 Hale Boggs Federal Bldg.
500 Poydras St.
New Orleans, LA 70130

98-3370 R(3)

Honorable Ms. Clerk of Court,

    The purpose of this letter is to inform you of the course of events in my case and my intention to file into the United States Eastern District Court, if necessary.

|  | COURT: | DOCKET #: | FILED: | DISPOSITION: |
|---|---|---|---|---|
| DIRECT APPEAL | Trial Court: 29th JDC, St. Charles Parish, Louisiana | 98-0109 |  | Convicted: 6-10-99<br>Sentenced: 8-17-99 |
| DIRECT APPEAL | Louisiana 5th Circuit Court of Appeal | 00-1232 | approx. 09/1999 to 02/2000 | Affirmed 2-28-01 |
| DIRECT APPEAL | State v. Ellwood, 00-1232, 783 So.2d 423 (La. App. 5th Cir. 2/28/01) | | | |
| DIRECT APPEAL | Louisiana Supreme Court |  | not filed |  |
| POST CONV | 29th Judicial District Court, St. Charles Parish, Louisiana | 98-0109 | 2-26-03 orig<br>9-11-07 orig + supp.<br>10-11-07 supp. | 12-28-06<br><br>5-27-08 |
| POST CONV | Louisiana 5th Circuit Court of Appeal | 08-KH-541 | 6-26-08 | 7-31-08 |
| POST CONV | Louisiana Supreme Court | 2008-KH-2343 | 8-27-08 |  |

    Please direct your attention to the writ grant consideration, Court of Appeal, Fifth Circuit, # 07-KH-553, August 15, 2007 setting aside the 29th Judicial District Courts's denial of my application for Post Conviction Relief. The ruling permitted my return to the district court on September 11, 2007 and October 11, 2007 to rule on <u>all</u> claims including supplementation of my properly filed and pending application for Post Conviction Relief.

    Honorable Judge Kirk R. Granier, 29th Judicial District Court, Parish of St. Charles, issued an order to this effect on August 27, 2007, but was not received until December 11, 2007.

TENDERED FOR FILING

APR 02 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

\_\_\_ Fee _____
\_\_\_ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
\_\_\_ Doc No. _____

Your time and attention in this matter is very much appreciated.

Respectfully,

*Russell Ellwood* 04/01/09
Russell Ellwood

Russell Ellwood
413720 Cypress-4
La. State Penitentiary
Angola, Louisiana 70712

7013083067 0026

Loretta G. White, Clerk
C 151 Hale Boggs Federal Bldg.
500 Poydras Street
New Orleans, Louisiana 70130